Argued May 19, affirmed from bench May 19, petition for rehearing denied June 15, petition for review allowed August 10, 1971

## STATE OF OREGON, *Respondent, v.* MICHAEL WEBB SMITH, *Appellant.*

484 P2d 1128
490 P2d 1262

*Howard R. Lonergan,* Portland, argued the cause and filed the briefs for appellant.

*Walter L. Barrie,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

AFFIRMED FROM THE BENCH.